**Marvin G. HOLLIS, Plaintiff–Appellant,**

v.

**Carrol J. BARRIE, Department of Corrections, Registered Nurse; et al., Defendants–Appellees.**

**No. 07–17165.**

United States Court of Appeals, Ninth Circuit.

Submitted March 18, 2009.*

Filed April 8, 2009.

Marvin G. Hollis, Susanville, CA, pro se.

Christopher Michael Young, Esquire, Attorney General Office, San Francisco, CA, for Defendants–Appellees.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: LEAVY, HAWKINS, and TASHIMA, Circuit Judges.

MEMORANDUM **

California state prisoner Marvin G. Hollis appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging that defendants were deliberately indifferent to his foot condition by failing to provide orthotic shoe inserts. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a grant of summary judgment. *Rene v. MGM Grand Hotel, Inc.*, 305 F.3d 1061, 1064 (9th Cir.2002) (en banc). We review for abuse of discretion a decision not to permit further discovery pursuant to Federal Rule of Civil Procedure 56(f). *Nicholas v. Wallenstein*, 266 F.3d 1083, 1089 (9th Cir. 2001). We affirm.

The district court properly granted summary judgment because Hollis failed to raise a genuine issue of material fact as to whether defendants intentionally failed to provide the orthotics. *See Estelle v. Gamble*, 429 U.S. 97, 106, 97 S.Ct. 285, 50 L.Ed.2d 251 (1976) (holding that negligence is insufficient to establish deliberate indifference).

Hollis's remaining contentions are unavailing.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.